IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STSATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No:   4:24-CR-00017-CDL-CHW |
| | : | |
| **JANTZEN CARTER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Defendant was indicted on August 14, 2024, ECF No. 1, and arraigned on September 13, 2024, ECF No. 9.  A pretrial conference is currently scheduled for January 28, 2025 with a jury trial to be held in March 2025, ECF No. 21.  Defendant's counsel moves to continue the pretrial conference and the trial to the Court's September 2025 jury trial term.  Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss a possible resolution with the Government.  The Government does not oppose this Motion.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the Court's September 2025 jury trial term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 27th day of January, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA